UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Robert Davis,  Civil No. 21-599 (DWF/HB)

          Plaintiff,

v.  ORDER

United States Government, Joe Biden, Andrew Cuomo (and all mayors in every state not mentioned), FBI, CIA (and all local law enforcement agencies not mentioned),

          Defendants.

This matter is before the Court on *pro se* Plaintiff Robert Davis's Complaint (Doc. No. 1), application for leave to proceed *in forma pauperis* ("IFP") (Doc. No. 2), and the Report and Recommendation issued by Magistrate Judge Hildy Bowbeer on March 17, 2021 (Doc. No. 4) recommending dismissal of this case. No party filed objections to the Report and Recommendation within the time period permitted.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Magistrate Judge Bowbeer's March 17, 2021 Report and Recommendation (Doc. No. [4]) is **ADOPTED**.

2. This case is **DISMISSED WITHOUT PREJUDICE** for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B)(ii) and for lack of venue under 28 U.S.C. § 1391(b). As to the latter, transfer is declined because the interests of justice do not support it as contemplated by 28 U.S.C. § 1406(a).

3. The application to proceed *in forma pauperis* (Doc. No. [2]) is **DENIED** as moot.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: April 15, 2021	s/Donovan W. Frank
DONOVAN W. FRANK
United States District Judge